ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
  Social Security Administration
  333 Market St., Suite 1500
  San Francisco, CA  94105
  Telephone:  (415) 977-8933
  Facsimile:  (415) 744-0134
  Email:  paul.sachelari@ssa.gov

Attorneys for Defendant

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANWAR IBRAHIM LUTFI, ) | No. CV 11-3712 OP |
| Plaintiff, ) | ORDER OF REMAND |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand"), **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation of Remand.

Dated: 10/28/2011

_____
HON. OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE