IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ANWAR IBRAHIM LUTFI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANWAR IBRAHIM LUTFI, | ) Case No.: CV 11-3712 OP |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) AWARDING EAJA FEES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) HON. OSWALD PARADA |
| Defendants. | ) UNITED STATES DISTRICT |
| | ) COURT JUDGE |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND SIX HUNDRED DOLLARS ($2,600.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 3/5/12

_____
HON. OSWALD PARADA
U.S. MAGISTRATE JUDGE