IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ANWAR IBRAHIM LUTFI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANWAR IBRAHIM LUTFI,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendants. | Case No.: CV 11-03712 OP<br><br>AMENDED ORDER<br>AWARDING EAJA FEES<br><br><br>HON. OSWALD PARADA<br>UNITED STATES MAGISTRATE<br>JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND NINE HUNDRED FIFTY ($2,950.00) which includes compensation in the amount of $2,600.00 for all legal services rendered by Plaintiff's attorney in this civil action and $350.00 for reimbursement of costs, as authorized by 28 U.S.C. § 2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: 3/28/12                    _____

                                                   HON. OSWALD PARADA
                                                 U.S. MAGISTRATE JUDGE