IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ANWAR IBRAHIM LUTFI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANWAR IBRAHIM LUTFI, | ) Case No.: CV 11-03712 OP |
| Plaintiff, | ) |
| | ) AMENDED ORDER |
| vs. | ) AWARDING EAJA FEES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) HON. OSWALD PARADA |
| | ) UNITED STATES MAGISTRATE |
| Defendants. | ) JUDGE |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND NINE HUNDRED FIFTY ($2,950.00) which includes compensation in the amount of $2,600.00 for all legal services rendered by Plaintiff's attorney in this civil action and $350.00 for reimbursement of costs, as authorized by 28 U.S.C. § 2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: 3/28/12 _____

HON. OSWALD PARADA
U.S. MAGISTRATE JUDGE